SEGLIN-HARRISON CONSTRUCTION CO., INC., Respondent, et al., Claimants, *v.* THE STATE OF NEW YORK, Appellant. (Claim No. 23162.)

Argued October 10, 1944; decided November 16, 1944.

*Nathaniel L. Goldstein, Attorney-General (John R. Davison, Orrin G. Judd* and *Daniel J. Loventhal* of counsel), for appellant.
*Joseph P. Keenan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER- JJ.